1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                    AT SEATTLE

10  KEVIN J. BOWEN,                    IN LAW AND ADMIRALTY

11              Plaintiff,              CASE NO. C11-1584MJP

12         v.                           ORDER OF DISMISSAL

13  PAUL A. DANIELS; and PACIFIC
    HARVESTING CORP.,
14
                Defendant.
15

16
        This matter comes before the Court on the motion for summary judgment filed by
17
Defendant Paul A. Daniels. (Dkt. No. 35.) Having reviewed the motion, Plaintiff's response
18
(Dkt. No. 37), Defendant's reply (Dkt. No. 38), and all related filings (Dkt. No. 36), the Court
19
hereby enters the following ORDER:
20
        Based on the stipulation of the parties reflected in Plaintiff's opposition brief (Dkt. No.
21
37) and Defendant's reply brief (Dkt. No. 38), the Court DISMISSES all claims against
22
Defendant Paul A. Daniels without prejudice and without costs to either party.
23
24

ORDER OF DISMISSAL- 1

1

2   The clerk is ordered to provide copies of this order to all counsel.

3   Dated this 10th day of September, 2012.

4

5

6   *[signature]*
    _____
    Marsha J. Pechman
7   United States District Judge

ORDER OF DISMISSAL- 2